E-FILED
Friday, 23 February, 2018 04:16:25 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **JOSEPH HAMMERSLOUGH,** ) <br> ) <br> **Plaintiff,** ) <br> v. ) <br> ) <br> **NANCY A. BERRYHILL,** ) <br> **Acting Commissioner of Social Security,** ) <br> ) <br> **Defendant.** ) | Case No. 16-CV-2349 |

## ORDER

A Report and Recommendation (#18) was filed by Magistrate Judge Eric I. Long in the above cause on February 5, 2018. On February 21, 2018, Plaintiff, Joseph Hammerslough, filed his Objection to Report and Recommendation (#19). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#18). This court agrees that Defendant's Motion for Summary Judgment (#16) should be GRANTED and Plaintiff's Motion for Summary Judgment (#12) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#18) is accepted by this court.

(2) Defendant's Motion for Summary Judgment (#16) is GRANTED and Plaintiff's Motion for Summary Judgment (#12) is DENIED.

(3) This case is terminated.

ENTERED this 23rd day of February , 2018.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE